[Nos. 6502-2-III; 6503-1-III. Division Three. April 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS P. CAMELIO, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 83-1-00724-6, 84-1-00222-6, Cameron K. Hopkins, J., entered May 10, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Mun-

son and Thompson, JJ.